UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chase Ventler, <br><br>       Plaintiff, <br>   v. <br><br> Citibank NA, <br><br>       Defendant. | Civil Action No.:  1:19-cv-00460-AJN |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 11, 2019

                                                    Respectfully submitted,

                                                    PLAINTIFF, Chase Ventler

                                                    /s/ Sergei Lemberg

                                                    Sergei Lemberg, Esq. (SL 6331)
                                                    **LEMBERG LAW, L.L.C.**
                                                    43 Danbury Road, 3rd Floor
                                                    Wilton, CT 06897
                                                    Telephone: (203) 653-2250
                                                    Facsimile:  (203) 653-3424
                                                    slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg